1134

No. 09–1138. TAM TRAVEL, INC., ET AL. *v.* AMERICAN AIR-
LINES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1353. THUNDERHORSE *v.* PIERCE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS CHAPLAINCY DIRECTOR OF THE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th
Cir. Certiorari denied.

No. 09–11099. SIMMS *v.* ACEVEDO, WARDEN. C. A. 7th Cir.
Certiorari denied.

No. 09–11126. DOE *v.* DUNCAN ET AL. Sup. Ct. S. C. Certio-
rari denied.

No. 09–11208. CORBER *v.* UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 10–116. GRANT COUNTY BLACK SANDS IRRIGATION DIS-
TRICT ET AL. *v.* UNITED STATES BUREAU OF RECLAMATION ET AL.
C. A. Fed. Cir. Certiorari denied.

No. 10–130. ZHAN GAO *v.* HOLDER, ATTORNEY GENERAL.
C. A. 4th Cir. Certiorari denied.

No. 10–151. DEPEE ET AL. *v.* MAHACH-WATKINS, INDIVIDU-
ALLY AND AS THE SUCCESSOR IN INTEREST TO THE ESTATE OF
WATKINS. C. A. 9th Cir. Certiorari denied.

No. 10–241. CHAPMAN *v.* UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 10–251. EXPERIAN INFORMATION SOLUTIONS, INC. *v.* PIN-
TOS. C. A. 9th Cir. Certiorari denied.

No. 10–262. WILCOX ET UX. *v.* FENN ET AL. C. A. 11th Cir.
Certiorari denied.

No. 10–264. MISSOURI *v.* KRUSE. Ct. App. Mo., Western Dist.
Certiorari denied.